**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1488**

DING JIN JING, a/k/a Dian Jin Jiang,

              Petitioner,

         v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  December 3, 2013        Decided:  December 11, 2013

Before DUNCAN, AGEE, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Nataliya I. Gavlin, GAVLIN & ASSOCIATES, P.C., New York, New York, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Leslie McKay, Assistant Director, Melissa K. Lott, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ding Jin Jing, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his requests for asylum, withholding of removal and withholding under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Jing's merits hearing, the record of Jing's sworn statement taken after his arrival in the United States, the credible fear interview and Jing's supporting evidence. We conclude that the record evidence does not compel a ruling contrary to the Board's dismissal and that substantial evidence supports the adverse credibility finding. See 8 U.S.C. § 1252(b)(4)(B) (2012); INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2